**STATE of Missouri, Respondent,**

v.

**Darrell OWENS, Appellant.**

**No. WD35074.**

Missouri Court of Appeals, Western District.

June 26, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1984.

Application to Transfer Denied Oct. 9, 1984.

James W. Fletcher, Public Defender, Kevin Locke, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

## ORDER

PER CURIAM:

Appeal from convictions for first degree burglary, Section 569.160, RSMo 1978, first degree robbery, Section 569.020, RSMo 1978, and armed criminal action, Section 571.015, RSMo 1978, and respective sen-

tences of five, ten, and three years, to be served consecutively.

Affirmed. Rule 30.25(b).